FILED
CLERK, U.S. DISTRICT COURT

October 1, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SOTO, | Case No. CV 19-10172-SB (LAL) |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| SCOTT FRAUGNHEIM, Warden, | |
| Respondent. | |

On August 6, 2020, the assigned magistrate judge issued a Report and Recommendation in this matter, recommending that the Petition be denied. On September 23, 2020, pursuant to an order of the chief judge, this case was transferred to the calendar of United States District Judge Stanley Blumenfeld, Jr. Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: October 1, 2020

_____
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE